B. M. FORD, Appellant, *v.* NATHAN A. WINTERS, Respondent.

1. *Practice, civil — Supreme Court—Appeal dismissed, when — Statement and points not filed.*—When appellant files no statement of the case, or points intended to be insisted upon in the argument, the appeal will be dismissed.

*Appeal from Fourth District Court.*

*Shanklin & Peery*, for respondent.

*Metcalf*, for appellant.

BLISS, Judge, delivered the opinion of the court.

This case comes here by appeal, and the appellant files no statement of the case, or point intended to be insisted upon in the argument, as required by law.

The appeal is dismissed; the other judges concurring.